IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERTICAL BRIDGE DEVELOPMENT, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ZONING HEARING BOARD OF THE TOWNSHIP OF DOYLESTOWN,** *et al.*,<br><br>*Defendants*. | Civil Action<br><br>No. 19-cv-494 |

# ORDER

**AND NOW**, this 14th day of January, 2022, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 14), Defendants' Motion for Summary Judgment (ECF No. 13), the parties responses in opposition thereto (ECF Nos. 15 & 17), and the supplemental letters submitted in connection with those motions (ECF Nos. 25 and 26), it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (ECF No. 14) is **DENIED**.
2. Defendants' Motion for Summary Judgment (ECF No. 13) is **GRANTED**.
3. **JUDGEMENT** is entered in favor of Defendants.
4. The Clerk shall mark this case **CLOSED**.

BY THE COURT:


 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**